Guy Falco and Harry LeRoy, appellants, v. Clara Radice and Dan Radice, appellees. Gen. No. 33,436.

Opinion filed October 11, 1929.

Murray & Lee and Stephen A. Cross, for appellants. Maximilian J. St. George, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.